IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

JASON SECHREST,

      Plaintiff,

CASE NO.: 2017 10164 CIDL
DIV.: 02

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, a foreign corporation,

      Defendant.
_____/

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, JASON SECHREST, sues Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, and alleges:

1. This is an action for damages exceeding FIFTEEN THOUSAND DOLLARS ($15,000.00).

2. At the time of the incident described herein, the Plaintiff was a resident of Volusia County, Florida and is over the age of majority.

3. Defendant is a foreign corporation authorized to do business in the State of Florida and doing business within Volusia County, Florida.

4. This Honorable Court has jurisdiction of this lawsuit in that the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, is a foreign corporation doing business in Volusia County, Florida, the Plaintiff, JASON SECHREST, at the time of the incident described herein and at all times material, is a resident of Volusia County, Florida, and this is an action for money damages for the Plaintiff exceeding $15,000.00 against the Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE



EXHIBIT A

COMPANY, a foreign corporation.

5. On or about 11th day of March, 2015, Plaintiff, JASON SECHREST, was operating his 1995 Chevy Suburban motor vehicle on S. Charles R. Beall Boulevard in Debary, Volusia County, Florida.

6. At that time and place, Plaintiff, JASON SECHREST, was stopped for traffic.

7. At that time and place, Stephen G. Frye was operating his 2007 Ford Mustang on S. Charles R. Beall Boulevard in Debary, Volusia County, Florida.

8. At that time and place, Stephen G. Frye carelessly, recklessly and negligently operated and/or maintained the his motor vehicle so that it collided with the rear of the vehicle Plaintiff JASON SECHREST was driving, causing Plaintiff's vehicle to impact the vehicle stopped in front of it.

9. The vehicle owned by Stephen G. Frye was under-insured with bodily injury liability coverage.

10. Stephen G. Frye's insurance carrier offered to tender its bodily injury policy limits to Plaintiff as a result of the accident of March 11, 2015, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, pursuant to Florida Statute 627.727(6), authorized Plaintiff to settle with the at-fault party's insurance carrier for their bodily injury liability limits. A copy of Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's letter dated August 13, 2015 granting said permission to settle is attached hereto and marked Exhibit A.

11 Plaintiff was at all times material hereto afforded insurance benefits under a policy of insurance issued by Defendant to Plaintiff in Volusia County, Florida, policy number D50570959T that provided uninsured/underinsured motorist coverage with limits of $100,000.00 per person, $300,000.00 per accident. The policy was not provided to Plaintiff's

counsel despite written request. The terms of said policy are well known to Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, and said Defendant holds the original of said policy. If necessary, the policy will be produced for the Court and all parties. Said policy provided uninsured/underinsured motorist benefits to the Plaintiff. A true and correct copy of the March 24, 2015 letter from Defendant with coverage disclosure consisting of two pages is attached hereto and marked Exhibit B. Said policy was in full force and effect on March 11, 2015 and at all times material hereto.

12. Plaintiff has complied with all conditions precedent under the Policy.

13. As a result of the negligence of Stephen G. Frye, Plaintiff, JASON SECHREST, has suffered bodily injuries and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment, and aggravation of previously existing conditions. These losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, JASON SECHREST, sues the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, for compensatory damages in an amount with in the jurisdictional limits of this Court, to-wit: in excess of Fifteen Thousand Dollars ($15,000.00) exclusive of interest and costs, and demands trial by jury of all issues triable as of right by a jury.

Respectfully submitted,

VASILAROS | WAGNER

Steven T. Vasilaros, Esquire
Florida Bar No. 0456713
721 Beville Road
South Daytona, FL 32119
(386) 777-7777
(386) 310-4872 fax
pleadings@accident firm.com
Attorney for Plaintiff