UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASON SECHREST,

Plaintiff,

v.  Case No: 6:17-cv-527-Orl-18GJK

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

Defendant.

## ORDER

On January 31, 2018 the parties filed a Joint Stipulation of Dismissal (Doc. No. 20). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this 5 day of January, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record